UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CASE NO. 21-mj-02786 |
| | ) | JUDGE HOLMES |
| AUSTIN KIDD | ) | |

## MOTION FOR DETENTION

The United States of America, by and through Mary Jane Stewart, Acting United States Attorney, and Monica R. Morrison, Assistant United States Attorney for the Middle District of Tennessee, requests a hearing pursuant to 18 U.S.C. § 3142(f)(1)(A) which mandates a hearing upon motion of the United States in a case that involves a crime of violence.

In this case, the defendant was charged on February 25, 2021, with one count, under chapter 110, for Possession of Child Pornography, in violation of 18 U.S.C. § 2252A(a)(5)(b). Pursuant to 18 U.S.C. § 3156(a)(4)(C), the term "crime of violence," as used in 18 U.S.C. § 3142, includes any felony under chapter 109A, 110, or 117.

The United States further moves for a continuance of three days in order to prepare for the detention hearing.

Respectfully submitted,

MARY JANE STEWART
Acting United States Attorney for the
Middle District of Tennessee

/s/ Monica R. Morrison
Monica R. Morrison
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870

1

Telephone: 615/736-5151

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing will be served on defense counsel at or before the time of the initial appearance in this case.

On this, the 17th day of March, 2021.

/s/ Monica R. Morrison
Monica R. Morrison

2