AO 442 (Rev. 11/11) Arrest Warrant

FID 11242528

2175-0226-0498-J

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Austin Douglas Kidd | ) | Case No. 21-mj-2786 |
| | ) | |
| _____ | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Austin Douglas Kidd,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252A(a)(5)(B) - Possession of Child Pornography

Date: 02/25/2021

_____
*Issuing officer's signature*

City and state: Nashville, Tennessee      Jeffery S. Frensley, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 2/26/21, and the person was arrested on *(date)* 03/17/2021
at *(city and state)* Clark___, TN.

Date: 3/17/21

_____
*Arresting officer's signature*

Hary Mc_____ A___t HS
*Printed name and title*