MAGISTRATE JUDGE HOLMES COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS
by VIDEOCONFERENCE

U.S.A. v. __Austin Kidd__, No. __21-mj-2786__

ATTORNEY FOR GOVERNMENT: __Monica Morrison__
ATTORNEY FOR DEFENDANT: __David Balser__ (AFPD)  Panel  Retained
PRETRIAL SERVICES/PROBATION OFFICER: __Kimberly Haney__
INTERPRETER NEEDED?  YES  (NO)  LANGUAGE/INTERPRETER: _____
☐ PRESENT  ☐ ON TELEPHONE

☒ INITIAL APPEARANCE  ☐ ON A SUMMONS  ☒ ARRESTED ON: __3-17-21__
DEFENDANT HAS A COPY OF:
☒ Complaint  ☐ Indictment  ☐ Information  ☐ Supervised Release Pet.  ☐ Other _____
☒ Defendant advised of the charges and the maximum penalties
☐ Defendant has a copy of notice of rights
☒ Defendant advised of right to counsel         ☐ Counsel retained
☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed    ☒ FPD Appointed
☒ Defendant advised of right to silence
☒ Defendant advised of right to **Consular notification**
☒ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
☒ Government motion for detention
☒ Defendant temporarily detained                ☐ ICE detainer on defendant
☐ Defendant waived detention hearing            ☐ Defendant reserved right to hearing in future
☐ Defendant to remain in Federal custody
☐ Defendant to be returned to State custody     ☐ Defendant waived rights under IAD
☒ Defendant advised of right to preliminary hearing  ☐ Defendant waived preliminary hearing
☐ Defendant ordered to psychological/psychiatric evaluation
☐ Defendant to remain on current conditions of **supervised release**
☐ Defendant released on:
   ☐ Own recognizance with conditions of release   ☐ standard   ☐ special
   ☐ Appearance bond in the amount of: _____
   ☐ Property bond [description of property]: _____
☐ RULE 5 - Defendant advised of right to identity hearing   ☐ Defendant waived identity hearing
☐ RULE 5 - Defendant reserved right to have preliminary hearing in District of Prosecution
☐ RULE 5 - Defendant elected to have detention hearing in District of Prosecution
☐ RULE 5 - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☒ PRELIMINARY/DETENTION/~~ARRAIGNMENT~~ CONTINUED TO: __10:30, Wed, March 24__

☐ GRAND JURY WAIVED IN OPEN COURT       [Defendant sworn and advised of rights by Court]
☐ ARRAIGNMENT
   ☐ Defendant acknowledges he/she has copy of Indictment/Information  ☐ Court advised Def. of penalties
   ☐ Defendant waives reading thereof      ☐ Indictment/Information read to defendant by Judge
   PLEA: ☐ GUILTY   ☐ NOT GUILTY   ☐ Defendant intends to plead guilty and case referred to DJ

DATE: __3-17-21__           TOTAL TIME: __15 min__
BEGIN TIME: __2:30__        END TIME: __2:45__
*Digitally Recorded*

Form Revised 2/9/2018                    Page 1 of 1