UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 21-MJ-2786 |
| | ) JUDGE HOLMES |
| AUSTIN D. KIDD | ) |
| | ) |

UNOPPOSED MOTION TO REDACT COMPLAINT

The United States of America, by and through S. Carran Daughtrey and Monica R. Morrison, Assistant United States Attorneys for the Middle District of Tennessee, requests this Court redact paragraph 19 of the Complaint in this case. (Doc. No. 1). The United States makes this request, in an abundance of caution, to protect the identity of a prior victim of sexual abuse, who could theoretically be identified by virtue of his relationship to the Defendant. A copy of the proposed redacted Complaint and the supporting documents are attached hereto as Exhibit A. Defense counsel has no objection to this request.

Respectfully submitted,

MARY JANE STEWART
Acting United States Attorney for the
Middle District of Tennessee

s/ S. Carran Daughtrey
S. Carran Daughtrey

s/ Monica R. Morrison
Monica R. Morrison
Assistant United States Attorneys
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870

1

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served electronically or by mail to Assistant Federal Public Defender David Baker, Counsel for defendant Austin D. Kidd, on this, the 22nd day of March 2021.

s/ Monica R. Morrison  
Monica R. Morrison