IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) Case No. 3:21-mj-2786-1 |
| | ) |
| AUSTIN KIDD | ) |

**O R D E R**

Pending before the Court is the United States' motion to redact complaint (Docket No. 9), which, for the reasons stated below, is therefore GRANTED. For the reasons requested in the motion and from the face of the original complaint, it is clear that the legitimate interests in favor of sealing outweigh the public interest in accessing the documents. Further, the motion states that the defendant does not oppose the filing of the redacted complaint. Accordingly, the Clerk shall SEAL the unredacted complaint at Docket No. 1 and shall separately file the redacted complaint and cover sheet presently found at Docket No. 9-1.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge