CRITICAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
_____NASHVILLE_____ DIVISION

| | | |
|---|---|---|
| Indictment | ( ) | |
| Complaint | (x) | County of Offense: _____Davidson_____ |
| Information | ( ) | AUSA's NAME: _____Monica R. Morrison_____ |
| Misdemeanor | ( ) | |
| Felony | (x) | Reviewed by AUSA: MRM |
| Juvenile | ( ) | (Initials) |

Austin KIDD
Defendant's Full Name

unknown
Defendant's Address

Interpreter Needed?  ___ Yes  _x_ No

If Yes, what language? _____

Unknown
Defendant's Attorney

| COUNTS | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimums) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography | First Offense: up to 20 years<br>Second Offense: 10 – 20 years | $250,000 |
| | | Forfeiture | | |

*Pursuant to 18 U.S.C. §3014, the defendant may be subject to an additional $5000 special assessment.

Is the defendant currently in custody?    ( ) Yes  (x) No          If Yes, State or Federal? _____
                                                                                                    Writ requested ( )

Has a complaint been filed?    ( ) Yes  (x) No
   If Yes:  Name of Magistrate Judge  _____          Case No.: _____
            Was the defendant arrested on the complaint?    ( ) Yes  ( ) No

Has a search warrant been issued?    (x) Yes  ( ) No
   If Yes:  Name of Magistrate Judge  Frensley_____          Case No.: 20-mj-2616___

Was bond set by Magistrate/District Judge:  ( ) Yes  ( ) No  (x) Not Applicable     Amount of bond: _____

Is this a Rule 20? ( ) Yes (x) No     To/from what district? _____
Is this a Rule 40? ( ) Yes (x) No     To/from what district? _____

Is this case related to a pending or previously filed case?  ( ) Yes    (x) No
   What is the related case number?  _____
   Who is the Magistrate Judge?  _____

Estimated trial time:    ___1-2 days___

The Clerk will issue a    **Warrant**    (Note: if information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes (x)  No ( )  Recommended conditions of release: _____

(Revised January 2019)