# MAGISTRATE JUDGE HOLMES COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS
## by VIDEOCONFERENCE

**U.S.A. v.** Austin Douglas Kidd **, No.** 21-mj-2786

**ATTORNEY FOR GOVERNMENT:** AUSA Morrison and AUSA Daughtrey

**ATTORNEY FOR DEFENDANT:** AFPD Baker and AFPD Harcombe  AFPD ~~Panel~~ ~~Retained~~

**PRETRIAL SERVICES/PROBATION OFFICER:** Kimberly Haney

**INTERPRETER NEEDED?**  YES  NO  **LANGUAGE/INTERPRETER:** _____
☐ PRESENT   ☐ ON TELEPHONE

☐ Defendant consents to Initial App. and ☒ All future hearings before the Magistrate Judge by video conference.

☐ **INITIAL APPEARANCE**  ☐ ON A SUMMONS  ☐ ARRESTED ON: _____
    DEFENDANT HAS A COPY OF:
    ☐ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
    ☐ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
    ☐ Defendant advised of right to counsel   ☐ Counsel retained
    ☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed   ☐ FPD Appointed
    ☐ Defendant advised of right to silence
    ☐ Defendant advised of right to **Consular notification**
    ☐ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
    ☐ Defendant advised of right to preliminary hearing   ☐ Defendant waived preliminary hearing
    ☐ Government motion for detention   ☐ Defendant temporarily detained
    ☐ Defendant waived detention hearing   ☐ ICE detainer on defendant
    ☐ Defendant reserved right to hearing in future   ☐ Defendant to be returned to State custody
    ☐ Defendant to remain in Federal custody   ☐ Defendant waived rights under IAD
    ☐ Defendant remain on current conditions of supervised release
    ☐ Defendant ordered to psychological/psychiatric evaluation
    ☐ Defendant released on:
        ☐ Own recognizance with conditions of release   ☐ standard   ☐ special
        ☐ Appearance bond in the amount of: _____
        ☐ Property bond [description of property]: _____
    ☐ **RULE 5** - Defendant advised of right to identity hearing   ☐ Defendant waived identity hearing
    ☐ **RULE 5** - Defendant reserved right to have preliminary hearing in District of Prosecution
    ☐ **RULE 5** - Defendant elected to have detention hearing in District of Prosecution
    ☐ **RULE 5** - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ **PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO:** _____

☐ **GRAND JURY WAIVED IN OPEN COURT**   [Defendant sworn and advised of rights by Court]
☐ **ARRAIGNMENT**
    ☐ Defendant acknowledges he/she has copy of Indictment/Information   ☐ Court advised Def. of penalties
    ☐ Defendant waives reading thereof   ☐ Indictment/Information read to defendant by Judge
    **PLEA:** ☐ GUILTY   ☐ NOT GUILTY   ☐ Defendant intends to plead guilty and case referred to DJ

---

**DATE:** March 24, 2021   **TOTAL TIME:** 2 hrs & 40 min [1 hr & 40 min Prel; 1 hr Det]
**BEGIN TIME:** 10:35 a.m.   **END TIME:** 1:15 p.m.
*Digitally Recorded*

☐ **RULE 5 IDENTITY HEARING**
    ☐ Held, defendant found to be person named in warrant
    ☐ Held, defendant found NOT to be person named in warrant and released
    ☐ Waived in open Court

☒ **PRELIMINARY HEARING**    **CONTINUED TO:**
    ☒ Probable Cause found/Held to answer/bound over    ☐ Discharged from custody
    ☐ Defendant waived preliminary hearing
    ☐ RULE 5 - Held to answer in District of Prosecution
    ☐ RULE 5 - Defendant reserved right to have hearing in District of Prosecution

☒ **DETENTION HEARING**    **CONTINUED TO:**
    ☐ Government withdrew motion for detention or agreed to release
    ☐ Pretrial Services Report made a part of the record    ☐ Counsel moved to retain copy of PTSR/granted
    ☐ Bond set at:     ☐ Defendant released on [date]:
    ☐ RULE 5 - Defendant elected to have hearing in District of Prosecution
    ☐ Defendant waived detention hearing    ☐ Defendant reserved right to hearing in future
    ☒ Defendant detained, order to enter    ☐ ICE detainer pending
    ☒ Defendant to remain in Federal custody    ☐ Defendant to be returned to State custody
    ☐ Government moved for stay of execution of release pending appeal
        ☐ Motion granted    ☐ Motion denied
    ☒ Defendant advised of right to appeal

☐ **ARRAIGNMENT ON MISDEMEANOR**
    ☐ Defendant acknowledges he/she has copy of Indictment/Information
    ☐ Indictment/Information read to defendant by Judge    ☐ Defendant waives reading thereof
    **PLEA:** ☐ **GUILTY**    ☐ **NOT GUILTY**
    ☐ Misdemeanor - defendant consented to trial before Magistrate Judge
    ☐ Written plea agreement/filed in open Court    ☐ Oral plea agreement
    ☐ Guilty plea:    ☐ Accepted    ☐ Rejected    ☐ Taken under advisement

☐ **OTHER**
    ☐ Type of hearing and outcome:

☐ **DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED**

**NOTES/EVIDENTIARY MATTERS/SENTENCING:**    (Witnesses, Exhibits, Attach W/Ex List if necessary)

GW - S/A Homeland Security - Tiffany Mayo
DW - Amy Vanderford
DE - Jessica Reeve